| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, first, middle initial)<br>SHOOB, MARVIN H. | 2. Court or Organization<br>NORTHERN DISTRICT OF GEORGIA | 3. Date of Report<br>5·10·06 |
| --- | --- | --- |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>SENIOR | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __V__ Annual ___ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br>1 -1- 2005<br>TO<br>12-31- 2005 |
| --- | --- | --- |
| 7. Chambers or Office Address<br>1767 U.S. COURTHOUSE<br>75 SPRING ST., SW<br>ATLANTA, GA 30303·3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| ☐ NONE (No reportable positions.) | |
| ADVISORY BOARD | SHEPHERD SPINAL CLINIC |
| LIFE TRUSTEE | AMERICAN JEWISH COMMITTEE |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| ☒ NONE (No reportable agreements.) | |

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

## A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
| --- | --- | --- |
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

## B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
| --- | --- | --- |
| ☐ NONE (No reportable non-investment income.) | | |
| 2005 | SELF-EMPLOYED FASHION DESIGNER | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| SHOOB, MARVIN H. | 5.10.06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5.10.06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| PINNACLE CREDIT UNION FULTON COUNTY, GA | E | RENT | N | W | | | | | |
| 2 MERRILL LYNCH CMA ACCOUNT | B | INT | L | T | | | | | |
| 3 COBB COUNTY HOSPITAL BONDS | C | INT | L | T | | | | | |
| 4 JESUP, GA. BONDS | B | INT | K | T | | | | | |
| 5 METRO ATLANTA BONDS | C | INT | K | T | | | | | |
| 6 COBB COUNTY HOSPITAL BONDS | A | INT | J | T | | | | | |
| 7 GWINNET COUNTY BONDS | B | INT | J | T | | | | | |
| 8 ML & CO UNION EURO/USD | A | INT | K | T | | | | | |
| 9 CAPITAL INCOME BUILDER FUND | A | DIV | J | T | | | | | |
| 10 CAPITAL WORLD BOND FUND | A | DIV | J | T | | | | | |
| 11 CAPITAL WORLD GROWTH FUND | A | DIV | J | T | | | | | |
| 12 EUROPACIFIC GROWTH FUND | A | DIV | J | T | | | | | |
| 13 FUNDAMENTAL INVS INC FUND | A | DIV | J | T | | | | | |
| 14 GROWTH FUND AMER FUND | A | DIV | J | T | | | | | |
| 15 OPPENHEIMER INTL BOND FUND | A | INTL | L | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5·10·06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 TRUST (IRA) WACHOVIA SECURITIES, TRUSTEE | | | | | | | | | |
| 19 ASSETS: | | | | | | | | | |
| 20 EVERGREEN MONEY MARKET FUND | | INT | | | | | | | |
| 21 U.S. TREASURY BONDS AND OBLIGATIONS | | INT | | | | | | | |
| 22 UNITED UTILITIES | | INT | | | | | | | |
| 23 CALAMOS INVT TR FUND | | DIV | | | | | | | |
| 24 CAUSEWAY INTL VALUE FUND | | DIV | | | SOLD | 12/11 | | | |
| 25 CENTURY SMALL CAP FUND | | DIV | | | | | | | |
| 26 FMI FDS FOCUS FUND | | DIV | | | | | | | |
| 27 GOLDMAN SACHS TR FINL 50 FUND | | DIV | | | | | | | |
| 28 HOTCHKIS & WILEY FDS FUND | | DIV | | | | | | | |
| 29 JULIUS BAER INVT FDS FUND | | DIV | | | | | | | |
| 30 KINETICS MUT FDS INC FUND | | DIV | | | SOLD | 12/16 | | | |
| 31 LEGG MASON VALUE TRUST FUND | | DIV | | | SOLD | 12/16 | | | |
| 32 OPPENHEIMER REAL ASSET FUND | | DIV | | | | | | | |
| 33 ROYCE FD TOTAL RETURN FUND | | DIV | | | | | | | |
| 34 TCW GALILEO FDS INC SELECT FUND | | DIV | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 TCW GALILEO FUNDS INC VALUE FUND | | DIV | | | | | | | |
| 36 TORRAY FD INSTITU-TIONAL FD FUND | | DIV | | | | | | | |
| 37 VANGUARD WINDSOR FUND INC VANGUARD / | | DIV | | | | | | | |
| 38 WINDSOR II PORTFOLIO | | | | | | | | | |
| 39 ACM INCOME FUND | | DIV | | | BUY | 5/19 | K | | |
| 40 DODGE & COX INTL | | DIV | | | BUY | 12/16 | K | | |
| 41 DNP SELECT INCOME FUND | | DIV | | | BUY | 5/19 | K | | |
| 42 WELLS FARGO FDS TR | | DIV | | | BUY | 12/16 | J | | |
| 43 AGGREGATE INCOME & VALUE OF TRUST | E | | N | T | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify th⬛⬛ned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with⬛⬛⬛⬛⬛of 5 U.⬛⬛app. § 501 et.⬛⬛., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Date 5/10/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544